UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 20-mj-6078 |
| CA'QUINTEZ GIBSON, | ) |
| Defendant. | ) |

**NOTICE OF ATTORNEY APPEARANCE**

NOW COMES Elisabeth R. Pollock and enters her appearance as an attorney of record for Defendant Ca'Quintez Gibson. Karl Bryning remains lead counsel of record for Mr. Gibson in the above-captioned case.

Respectfully Submitted,

THOMAS W. PATTON
Federal Public Defender

BY:    s/Elisabeth R. Pollock
ELISABETH R. POLLOCK
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile: (217) 373-0667
Email: Elisabeth_Pollock@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the assigned Assistant United States Attorney.

                                                  s/Elisabeth R. Pollock
                                                  ELISABETH R. POLLOCK
                                                  Assistant Federal Public Defender
                                                  300 West Main Street
                                                  Urbana, Illinois 61801
                                                  Telephone: (217) 373-0666
                                                  Facsimile: (217) 373-0667
                                                  Email: Elisabeth_Pollock@fd.org